**Order entered July 21, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00617-CV

### CHARLES JONES, Appellant

### V.

### JAMES P. NEIL, Appellee

**On Appeal from the 59th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. CV-12-2015**

## ORDER

Based on the Court's opinion of this date, we **DENY** as moot appellant's May 20, 2014

motion to adopt previously-filed clerk's and reporter's record.

/s/    ELIZABETH LANG-MIERS
JUSTICE